UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Heather Dawn Walsh

Case No.: 21-15905
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable  Andrew B. Altenburg, Jr. on  10/26/21  at  10  a.m. at the United States Bankruptcy Court, Courtroom no.  4B . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 56 Goodwin Parkway
Sewell, NJ
Value $365,900.00

Liens on property: Select Portfolio
$319,000.00

Amount of equity claimed as exempt: $25,500.00

Objections must be served on, and requests for additional information directed to:

Name:  Brian S. Thomas, Chapter 7 Trustee
Address:  327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Heather Dawn Walsh  
    Debtor

Case No. 21-15905-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Sep 27, 2021      Form ID: pdf905      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Heather Dawn Walsh, 56 Goodwin Pkwy, Sewell, NJ 08080-9445 |
| 519267583 | | AMEX/DSNB, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519277268 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519267592 | + | Select Portfolio Servicing Inc, Po Box 65450, Salt Lake City, UT 84165-0450 |
| 519267593 | | State Of New Jersey, dept of labor and workforce devel, PO Box 951, Trenton, NJ 08625-0951 |
| 519267594 | | US Dept.of Ed/GLESI, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 27 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519267585 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 20:43:28 | CBNA, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 519267584 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 20:43:39 | Capital One Bank Usa NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519267586 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 20:34:00 | Comenity Bank/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519267587 | | Email/Text: mrdiscen@discover.com | Sep 27 2021 20:34:00 | Discover Fincl Svc Llc, Po Box 15316, Wilmington, DE 19850-0000 |
| 519267588 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 20:43:33 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 519267589 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2021 20:34:00 | Kohl's Department Store, N56 Ridgewood Dr, Menomonee Falls, WI 53051 |
| 519267591 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 20:34:00 | Midland Credit Management, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519267590 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 20:34:00 | Midland Credit Management, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 519268237 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 20:43:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian C. Nicholas | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR4, Mortgage Pass-Through Certificates, Series 2005-AR4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Stephanie Shreter | on behalf of Debtor Heather Dawn Walsh shreterecf@comcast.net  shreterlaw@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5