Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−15905−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Heather Dawn Walsh
   56 Goodwin Pkwy
   Sewell, NJ 08080−9445

Social Security No.:
   xxx−xx−1981

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Kenyatta A Johnson , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

re: 56 Goodwin Parkway, Sewell, NJ


Dated: October 20, 2021
JAN: kaj

                                                                                Jeanne Naughton
                                                                                Clerk